# WILLIAM ROBERTSON
### v.
# JAMES MAY

### 1807

JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . . *Journal, infra,* *p. 110

PAPERS IN FILE
[None]

# IN THE MATTER OF CHARLES CURRY AND AUGUSTIN LONGDON

### 1807

JOURNAL ENTRIES

1. Affidavit of James Dodemead taken and filed . *Journal, infra,* *p. 120
2. Affidavit of Elijah Brush taken and filed . . . . . " 120
3. Rule to show cause, etc. . . . . . . . . . " 120

PAPERS IN FILE

1. Affidavit of James Dodemead . . . . . . *Printed in Vol. 2*
2. Rough draft of rule, (3) *supra* . . . . . . . . . .
3. Copy of journal entry, (3) *supra* . . . . . . . . . .
4. Copy of (3), and marshal's return . . . . . . . . . .